# EXHIBIT A



# Service of Process Transmittal
02/03/2017
CT Log Number 530634080

**TO:** Dan Norkol
Ditech Financial LLC
1400 Landmark Towers, 345 St. Peter Street
Saint Paul, MN 55102

**RE:** Process Served in Georgia

**FOR:** Ditech Financial LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Sonya Barge and W. Solomon Barge, Jr., Pltfs. vs. Ditech Financial, LLC, Dft. *Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Summons, Verified Complaint, Affidavit, Certificate of Service, Exhibit(s) |
| **COURT/AGENCY:** | Clayton County Superior Court, GA
Case # 2017CV004510 |
| **NATURE OF ACTION:** | Foreclosure Litigation - Mortgage |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Atlanta, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/03/2017 at 09:18 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Sonya Barge
2827 Appaloosa Run
Ellenwood, GA 30294 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/04/2017, Expected Purge Date: 02/09/2017

Image SOP

Email Notification,  Jennifer Kosky  jennifer.kosky@ditech.com

Email Notification,  Dan Norkol  dan.norkol@gtservicing.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1201 Peachtree Street,N.E.
Suite 1240
Atlanta, GA 30361 |
| **TELEPHONE:** | 866-286-4469 |

Page 1 of  1 / AB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SUMMONS　　　　　　　　　　　　　SC-85-1　　　　　　　　　　　　　Clyde Castleberry Co., Covington, GA. 30015

## IN THE SUPERIOR/STATE COURT OF Clayton COUNTY
### STATE OF GEORGIA

W. Solomon Barge
Sonya M. Barge

CIVIL ACTION NUMBER 2017CV0045-10

_____
PLAINTIFF

VS.

Ditech Financial

_____
DEFENDANT

REC FC MARSHAL *17 FEB 02 PM 04:51

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 2nd day of February, 20 17.

Clerk of Superior/State Court

BY _Sonya Jackson_
　　　　　　　　　　　　　Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

[signature] 2/3/2017

Sonya Barge,
Plaintiff, Pro Se
W. Solomon Barge, Jr.,
Plaintiff, Pro Se
2827 Appaloosa Run
Ellenwood, GA 30294

FILED
CLAYTON COUNTY, GA
2017 FEB -2 PM 2: 34
JACQULINE D. WILLS
CLERK SUPERIOR COURT

## IN THE SUPERIOR COURT OF CLAYTON COUNTY STATE OF GEORGIA

Sonya Barge,
W. Solomon Barge, Jr.,
2827 Appaloosa Run
Ellenwood, GA 30294

Case No. 2017 CV 00451-10

Plaintiffs

vs.

**VERIFIED COMPLAINT TO STAY FORECLOSURE SALE, INJUNCTIVE RELIEF, PUNITIVE DAMAGES, JURY DEMAND**

Ditech Financial, LLC
3000 Bayport Drive, Suite 880
Tampa, FL 33607

Defendant

### VERIFIED COMPLAINT TO STAY FORECLOSURE SALE, INJUNCTIVE RELIEF, PUNITIVE DAMAGES, JURY DEMAND

COMES Now, Sonya Barge "Plaintiff" and W. Solomon Barge, Jr. "Plaintiff" moving in a manner of urgency to preserve Due Process involving a pre-foreclosure matter and hereby files "VERIFIED COMPLAINT TO STAY FORECLOSURE SALE, INJUNCTIVE RELIEF, PUNITIVE DAMAGES, JURY DEMAND" in this court of

1

honor for the following:

Pursuant to Georgia Code O.C.G.A 44-14-162(b) et. Seq. and National Mortgage Settlement "Dual Tracking" Restrictions. Stay "NOTICE OF SALE UNDER POWER, CLAYTON COUNTY" seeking immediate protection from irrevocable harm.

Injunctive relief pursuant to O.C.G.A 9-11-65 is sought against and from Ditech Financial, LLC for NOTICE OF SALE UNDER POWER, CLAYTON COUNTY Pursuant to the Power of Sale contained in a Security Deed given by Sonya Barge, Willie S. Barge aka Willie S. Barge Jr, Sonya Barge and Willie S. Barge aka Willie S. Barge Jr to Mortgage Electronic Registration Systems, Inc., as nominee for Primary Residential Mortgage Inc. dated 6/21/2007 and recorded in Deed Book 9170 Page 6 Clayton County, Georgia records; as last transferred to or acquired by Ditech Financial, LLC f/k/a Green Tree Servicing LLC.

## **JURISDICTION**

Georgia Code O.C.G.A 44-14-162(b) et. Seq. and O.C.G.A 9-11-65.

National Mortgage Settlement "Dual Tracking" Restrictions.

A valid "mortgage" requires a ("wet signature") note and a security instrument; these must be kept together. Se (Bankr. N.D. Ga. 194) (foreclosure was null and void where the entity foreclosing did not have an actual assignment of the note and security deed), aff'd, 112 F.3d 1172 (11th Cir.1997).

O.C.G.A. 44-2-43 (2010) fraud, forgery, and theft in connection with registration

of title to land; penalty.

## PARTIES

Sonya Barge "Plaintiff" address for service is 2827 Appaloosa Run Ellenwood, GA 30294.

W. Solomon Barge, Jr., "Plaintiff" address for service is 2827 Appaloosa Run Ellenwood, GA 30294.

Ditech Financial, LLC "Defendant" located at 3000 Bayport Drive, Suite 880 Tampa, FL 33607 and address for service C T Corporation System 1201 Peachtree ST NE, Atlanta, GA 30361.

## INTRODUCTION

This matter is a direct impact to which Green Tree mortgage servicing company agreed to pay $63 Million Dollars to settle charges that it did harm homeowners with illegal loan servicing and debt collection practices.

O.C.G.A. 44-2-43 (2010) fraud, forgery, and theft in connection with registration of title to land; penalty.

## BACKGROUND FACTS

A "Security Deed" was given by Sonya Barge, Willie S. Barge aka Willie S. Barge Jr, Sonya Barge and Willie S. Barge aka Willie S. Barge Jr to Mortgage Electronic Registration Systems, Inc., as nominee for Primary Residential Mortgage Inc. dated on

3

6/21/2007 and recorded in Deed Book 9170 Page 6 Clayton County, Georgia records.

ASSIGNMENT OF SECURITY DEED identified as BK 10646 pg 653 (Exhibit A) was executed by CitiMortgage, Inc to Green Tree Servicing, LLC on 1/9/2015.

There is no evidence of how Primary Residential Mortgage Inc. the original lender in SECURITY DEED BK 09170 PG 006 (Exhibit B) transferred ownership to CitiMortgage, Inc to validate the ASSIGNMENT OF SECURITY DEED identified as BK 10646 pg 653, that would make Green Tree Servicing, LLC on 1/9/2015 a valid Holder In Due Course. Wherefore, Green Tree Servicing, LLC is now Ditech Financial LLC.

Furthermore, there is no evidence of any Assignment from Green Tree Servicing, LLC to Ditech Financial LLC. to transfer the ASSIGNMENT OF SECURITY DEED identified as BK 10646 pg 653, as a successor by merger, nor claim enforceable security interest for being last transferred to or acquired over to Ditech Financial LLC.

Plaintiffs sought Loan Modification options with Defendant and Defendant is now unwilling to work with Plaintiffs.

Plaintiffs are now demanding that Defendant provide evidence that Ditech Financial LLC holds enforceable security interest to collect on the debt in their own name, as the lender and Holder In Due Course.

## STAY FORECLOSURE SALE, INJUNCTIVE RELIEF,

## OCGA 44-14-162.2 VIOLATION

4

## COUNT 1.

Ditech Financial, LLC may not be the proper lender to conduct a foreclose sale. There is no evidence of how Primary Residential Mortgage Inc. the original lender transferred ownership to CitiMortgage, Inc to validate the ASSIGNMENT OF SECURITY DEED identified as BK 10646 pg 653, that would make Green Tree Servicing, LLC on 1/9/2015 a valid Holder In Due Course. Wherefore, Green Tree Servicing, LLC is now Ditech Financial LLC.

There is no evidence of any Assignment from Green Tree Servicing, LLC to Ditech Financial LLC. to transfer the ASSIGNMENT OF SECURITY DEED identified as BK 10646 pg 653, as a successor by merger, nor claim enforceable security interest for being last transferred to or acquired over to Ditech Financial LLC.

*A valid "mortgage" requires a ("wet signature") note and a security instrument; these must be kept together. Se (Bankr. N.D. Ga. 194) (foreclosure was null and void where the entity foreclosing did not have an actual assignment of the note and security deed), aff'd, 112 F.3d 1172 (11th Cir.1997).*

## O.C.G.A 44-14-162(b) VIOLATION

## COUNT 2.

NOTICE OF SALE UNDER POWER, CLAYTON COUNTY, asserts to be at last transferred to or acquired by Ditech Financial, LLC f/k/a Green Tree Servicing LLC.

Georgia Foreclosure Laws require that foreclosures must be conducted by the Current Owner or Holder of the Mortgage and Reflected in Public Records that must show their identity as a Secured Creditor included in Advertisement along with being in Court Records. The Security Instrument or Assignment for the Secured Creditor holding Title must be filed prior to the time of the Foreclosure Sale in the County where the property is located.

U.C.C. 3-302. HOLDER IN DUE COURSE. Section 3-106(d), "holder in due course".

There is no evidence of how Primary Residential Mortgage Inc. the original lender in SECURITY DEED BK 09170 PG 006 (Exhibit B) transferred ownership to CitiMortgage, Inc to validate the ASSIGNMENT OF SECURITY DEED identified as BK 10646 pg 653, that would make Green Tree Servicing, LLC on 1/9/2015 a valid Holder In Due Course. Wherefore, Green Tree Servicing, LLC is now Ditech Financial LLC.

There is no evidence of any Assignment from Green Tree Servicing, LLC to Ditech Financial LLC. to transfer the ASSIGNMENT OF SECURITY DEED identified as BK 10646 pg 653, as a successor by merger, nor claim enforceable security interest for being last transferred to or acquired over to Ditech Financial LLC.

6

## NATIONAL MORTGAGE SETTLEMENT "DUAL TRACKING" RESTRICTIONS VIOLATION

### COUNT 3.

Ditech Financial LLC. may not be the proper party to offer loan modification options to Plaintiffs. Wherefore, Plaintiffs feel mislead that a loan modification was ever an option and foreclosure was imminent without any resolve.

It would have been highly unlikely that Defendants would have ever approved Plaintiffs loan modification. At the same time Defendant dual tracked the matter for foreclosure sale.

### CONCLUSION

In a manner to preserve Due Process and justice the Plaintiffs make prayers for the following to be granted in this court of honor without delay:

a) Stay Foreclosure Sale.

b) Grant Injunction Relief for Plaintiffs against and from Defendant pending this matter.

c) Award Plaintiff damages for Defendant's misconduct and illegal practices.

d) Any such else other this court shall deem just and proper in this matter.

7

Executed on this __2__ day of February 2017

*[signature: Sonya Barge]*

**Sonya Barge,**
**Plaintiff, Pro Se**

Executed on this __2nd__ day of February 2017

*[signature: W. Solomon Barge, Jr.]*

**W. Solomon Barge, Jr.,**
**Plaintiff, Pro Se**

2827 Appaloosa Run
Ellenwood, GA 30294

# IN THE SUPERIOR COURT OF CLAYTON COUNTY STATE OF GEORGIA

## **AFFIDAVIT**

I, Sonya Barge and W. Solomon Barge, Jr. do hereby certify the following being of full age, under oath, deposes and says:

The Statements provided are true and correct to the best of my knowledge.

I, CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this __2__ day of February 2017

_____
Sonya Barge

Executed on this __2__ day of February 2017

_____
W. Solomon Barge, Jr.,

Sworn to and subscribed before me appeared Sonya Barge and W. Solomon Barge, Jr.

This __2__ day of **February 2017**

_____
NOTARY PUBLIC

**Commission Expires:**       /       /

**SEAL**

## CERTIFICATE OF SERVICE

This is to certify that I, Sonya Barge and W. Solomon Barge, Jr. have this day served on the following party of record with a copy of VERIFIED COMPLAINT TO STAY FORECLOSURE SALE, INJUNCTIVE RELIEF, PUNITIVE DAMAGES, JURY DEMAND" in the United States Mail a copy of the same in a properly addressed envelope with sufficient postage thereon to insure delivery.

Ditech Financial, LLC
3000 Bayport Drive, Suite 880
Tampa, FL 33607

C T Corporation System
1201 Peachtree ST NE
Atlanta, GA 30361

Executed on this __2__ day of February 2017

_____
Sonya Barge,
Plaintiff, Pro Se

Executed on this __2nd__ day of February 2017

_____
W. Solomon Barge, Jr.,
Plaintiff, Pro Se

2827 Appaloosa Run
Ellenwood, GA 30294

10

# IN THE SUPERIOR COURT OF CLAYTON COUNTY STATE OF GEORGIA

Sonya Barge,
W. Solomon Barge, Jr.,
2827 Appaloosa Run
Ellenwood, GA 30294

Plaintiffs

vs.

Ditech Financial, LLC
3000 Bayport Drive, Suite 880
Tampa, FL 33607

Defendant

Case No. _____

**PROPOSED ORDER**

## ORDER

For such good cause the following is hereby granted in this court of honor. Further Instructions:

Pursuant to O.C.G.A 9-11-65 Injunction Relief is hereby granted pending this matter.

This ___, day of _____, 2017

_____
**Judge, Superior Court Clayton County**

11

# EXHIBITS

## Exhibit A

**ASSIGNMENT OF SECURITY DEED**
**BK 10646 PG 653**

## Exhibit B
**SECURITY DEED**
**BK 09170 PG 006**



# Service of Process Transmittal
02/13/2017
CT Log Number 530678339

| | |
|---|---|
| **TO:** | Dan Norkol<br>Ditech Financial LLC<br>1400 Landmark Towers, 345 St. Peter Street<br>Saint Paul, MN 55102 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Ditech Financial LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Sonya Barge and W. Solomon Barge, Jr., Pltfs. vs. Ditech Financial, LLC, Dft.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Notice |
| **COURT/AGENCY:** | Clayton County Superior Court, GA<br>Case # 2017CV004510 |
| **NATURE OF ACTION:** | Foreclosure Litigation - Mortgage - Hearing has been scheduled in the matter |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Atlanta, GA |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 02/13/2017 postmarked on 02/08/2017 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | March 2, 2017 at 1:30 p.m. |
| **ATTORNEY(S) / SENDER(S):** | Sonya Barge<br>2827 Appaloosa Run<br>Ellenwood, GA 30294 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/13/2017, Expected Purge Date: 02/18/2017<br><br>Image SOP<br><br>Email Notification,  Jennifer Kosky  jennifer.kosky@ditech.com<br><br>Email Notification,  Dan Norkol  dan.norkol@gtservicing.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1201 Peachtree Street,N.E.<br>Suite 1240<br>Atlanta, GA 30361 |
| **TELEPHONE:** | 866-286-4469 |

Page 1 of  2 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
02/13/2017
CT Log Number 530678339

| | |
|---|---|
| **TO:** | Dan Norkol<br>Ditech Financial LLC<br>1400 Landmark Towers, 345 St. Peter Street<br>Saint Paul, MN 55102 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Ditech Financial LLC  (Domestic State: DE) |

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
|---|---|---|---|
| Summons, Verified Complaint, Affidavit, Certificate of Service, Exhibit(s) | By Process Server on 02/03/2017 | Dan Norkol<br>Ditech Financial LLC | 530634080 |

Page 2 of  2 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**Shana M. Rooks**
Judge, Superior Court of Clayton County
Clayton Judicial Circuit
9151 Tara Boulevard
Jonesboro, Georgia 30236



U.S. POSTAGE >> PITNEY BOWES

ZIP 30236   $ 000.46⁰
02 1W
0001379232 FEB. 08 2017

Ditech Financial, LLC
c/o C T Corporation System
1201 Peachtree Street NE
Atlanta, GA 30361



IN THE SUPERIOR COURT OF CLAYTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| SONYA BARGE and W. SOLOMON BARGE, JR.<br><br>**Plaintiffs**<br><br>VS.<br><br>DETICH FINANCIAL, LLC<br><br>**Defendant** | CASE NO. 2017CV00451-10 |

## NOTICE OF HEARING

The parties and/or their attorneys in the above-styled action are hereby notified of the hearing on the **PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**, set for **Thursday, March 2, 2017, at 1:30 p.m.**, in Courtroom 403, Fourth Floor, Justice Center, 9151 Tara Blvd., Jonesboro, Georgia, 30236, Judge Shana M. Rooks presiding.

This 7 day of February, 2017.

_____
Nu Sikhamchai, Calendar Clerk to
**Judge Shana M. Rooks**
Clayton County Superior Court
Harold R. Banke Justice Center
9151 Tara Boulevard
Suite 4JC301
Jonesboro, Georgia 30236
(678) 479-6381

cc:

Sonya Barge
2827 Appaloosa Run
Ellenwood, GA 30294

W. Solomon Barge, Jr.
2827 Appaloosa Run
Ellenwood, GA 30294

Ditech Financial, LLC
3000 Bayport Drive, Suite 880
Tampa, FL 33607

Ditech Financial, LLC
c/o C T Corporation System
1201 Peachtree Street NE
Atlanta, GA 30361