IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SONYA BARGE and W.
SOLOMON BARGE, JR.,

    Plaintiffs,

v.

DITECH FINANCIAL, LLC,

    Defendant.

CIVIL ACTION NO.
1:17-CV-748-RWS

## ORDER

This matter is before the Court on Plaintiffs' request for temporary restraining order and preliminary injunction contained within the Complaint [Doc. No. 1].

Before a court will grant preliminary injunctive relief, the moving party must establish that: (1) "it has substantial likelihood of success on the merits," (2) it will suffer irreparable injury if the relief is not granted, (3) the threatened injury outweighs the harm the relief may inflict on the non-moving party, and (4) entry of relief "would not be adverse to the public interest." KH Outdoor, LLC v. City of Trussville, 458 F.3d 1261, 1268 (11th Cir. 2006). "Of these four requisites, the first factor, establishing a substantial likelihood of success on the merits, is most

important . . . ." ABC Charters, Inc. v. Bronson, 591 F. Supp. 2d 1272, 1294 (S.D. Fla. 2008). Having reviewed the Complaint and the allegations therein, the Court finds that Plaintiffs have failed to allege sufficient facts to demonstrate a substantial likelihood of success of any of the claims. Accordingly, to the extent Plaintiffs may seek injunctive relief, Plaintiffs' preliminary request for injunctive relief is DENIED.

Pursuant to this Court's Standing Order No. 14-01, this case is REFERRED to the next available Magistrate Judge for hearing and determining pretrial matters pending before the Court.

**SO ORDERED**, this 3rd day of March, 2017.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/8
2)